IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:17CV307 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| WARDEN HAZLWOOD, | ) | **AND ORDER** |
| WARDEN, No Name, BARBARA | ) | |
| RICKARD, Warden, and UNITED | ) | |
| STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

On August 23, 2017, the court ordered Plaintiff to either show cause why this case should not be dismissed pursuant to 28 U.S.C. § 1915(g) or pay the court's $400.00 filing and administrative fees by September 23, 2017 (Filing No. 4). To date, Plaintiff has not made the required showing or paid the required fees. Accordingly, this action will be dismissed without prejudice.

IT IS ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders; and

2. The court will enter judgment by a separate document.

DATED this 26th day of September, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge